| **United States Bankruptcy Court**<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JSW Financial Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2799786** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1975 W. El Camino Real**<br>**#202**<br>**Mountain View, CA**            ZIP Code **94040** | Street Address of Joint Debtor (No. and Street, City, and State):            ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1928**<br>**Mountain View, CA**            ZIP Code **94042** | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):            **1111 Comstock St.**<br>**Santa Clara, CA 95054** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JSW Financial Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)


      _____
      (Name of landlord that obtained judgment)



      _____
      (Address of landlord)


  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**JSW Financial Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William C. Lewis, Esq.**
Signature of Attorney for Debtor(s)

**William C. Lewis, Esq. 77193**
Printed Name of Attorney for Debtor(s)

**Law Offices of William C. Lewis**
Firm Name

**510 Waverley St.**
**Palo Alto, CA 94301**

_____
Address

**Email: wclewis@williamclewis.com**
**650-322-3300  Fax: 650-327-9720**
Telephone Number

**September  9, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Tipton**
Signature of Authorized Individual

**Richard Tipton**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**September  9, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **JSW Financial Inc.** _____,    Case No. _____

                                                  Debtor

# FORM 1. VOLUNTARY PETITION
# <u>Pending Bankruptcy Cases Filed Attachment</u>

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **David C. Lin**<br>**Northern District of California** | **09-55955**<br>**affiliate** | **07/22/09**<br>**Arthur S. Weissbrodt** |
| **Edward Locker**<br>**Northern District of California** | **08-57254**<br>**affiliate** | **12/15/08**<br>**Arthur S. Weissbrodt** |

# United States Bankruptcy Court
## Northern District of California

In re    **JSW Financial Inc.**         Case No. _____

                     Debtor(s)      Chapter    **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

        a)      For legal services rendered or to be rendered in contemplation of and in connection with this case ..................................................................... $        **10,000.00**

        b)      Prior to the filing of this statement, debtor(s) have paid ..................... $        **10,000.00**

        c)      The unpaid balance due and payable is ........................................... $        **0.00**

3.      $ **299.00** of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:

        a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

        b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

        c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from **Richard and Marcia Tipton.**

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from debtor's principals, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:   September 9, 2009                  Respectfully submitted,

                                     /s/ William C. Lewis

                                     Attorney for Debtor: **William C. Lewis, Esq. 77193**
                                     **Law Offices of William C. Lewis**
                                     **510 Waverley St.**
                                     **Palo Alto, CA 94301**
                                     **650-322-3300 Fax: 650-327-9720**
                                     **wclewis@williamclewis.com**

# United States Bankruptcy Court
## Northern District of California

In re    **JSW Financial Inc.** _____    Case No. _____

                           Debtor(s)    Chapter    **7** _____

## CREDITOR MATRIX COVER SHEET

        I declare that the attached Creditor Mailing Matrix, consisting of __**64**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    **September 9, 2009** _____      **/s/ William C. Lewis, Esq.** _____

                                                Signature of Attorney
                                                **William C. Lewis, Esq. 77193**
                                                  **Law Offices of William C. Lewis**
                                                  **510 Waverley St.**
                                                  **Palo Alto, CA 94301**
                                                  **650-322-3300   Fax: 650-327-9720**

Mark Abel
3166 Camino de Aquas
Carlsbad, CA 92009


Able Underground Construction Inc
1020 Ruff Drive
San Jose, CA 95110


Accountemps
File 73484
PO Box 600000
San Francisco, CA 94160-3484


Accurate Cleaning Services
PO Box 2465
Hollister, CA 95024-2465


Christopher Adamski
PO Box 5837
Carmel By The Sea, CA 93921


Christopher Adamski
2453 Zalinger Road
Columbus, OH 43221


ADC
1264 S. Bascom Avenue
San Jose, CA 95128-3513


AICCO, Inc
Department 7615
Los Angeles, CA 90084-7615

Fadwa & Jack Ajluni
670 Hathaway Court
San Jose, CA 95136


Jack Ajluni
142 Stone Pine Lane
Menlo Park, CA 94025


Sabri & Fadwa Ajluni
670 Hathaway Court
San Jose, CA 95136


Salem Ajluni
PO Box 770001
Cincinnati, OH 45277-0003


Isiah & Dyane Alcantar
5851 Masoni Place
Gilroy, CA 95020


Alhambra & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579


Jeffrey Allard
1574 Winding Way
Belmont, CA 94002


Rodger & Lorraine Alleman
1640 Elmhurst Drive
Los Altos, CA 94024

James P. Allen
611 Mission Street
Santa Cruz, CA 95060


Robert D & Dorothy S. Allen
12468 Barley Hill Road
Los Altos, CA 94024-5235


Amberwood Products, Inc.
1555 S. Seventh Street, Building 7
San Jose, CA 95112


Jon M. & Linda E. Anderson
16808 Tudor Lane
Meadow Vista, CA 95722


Anne Seeker, Esq.
NOLAND, HAMERLY, ETIENNE & HOSS
333 Salinas Street
PO Box 2510
Salinas, CA 93902


Khashayar & Nirvana Anoosheh
14840 Las Flores Lane
Los Gatos, CA 95032


Anthem Engineering
42111 N. La Crosse Trail
Phoenix, AZ 85086


Albert & Eleanor Archer
3799 Sylvia Lane
Auburn, CA 95602

Kelley Archer
5810 Cowen PL. NE #105
Seattle, WA 98105-2525


Dorothy Armbrust
3604 Grant Court
Columbia, MO 65203-5800


Wayne & Gayle Armbrust
3604 Grant Court
Columbia, MO 65203-5800


Mahmud Assar
422 Seaview Drive
Aptos, CA 95003


Mahmud Assar
450 Cliff Drive
Aptos, CA 95003


AT&T Long Distance
PO Box 660688
Dallas, TX 75266-0688


AT&T
Payment Center
Sacramento, CA 95887


Atlantic Concrete
PO Box 1772
Gilroy, CA 95021

Norman Baker
11789 Lakeshore N
Auburn, CA 95602-8316


Lakshmi Bakshi
550 Ortega Avenue,
Box A-112
Mountain View, CA 94040


Diane Balter
2672 McAllister Street
San Francisco, CA 94118


Edward Bancroft
7025 Cook Court SE
Snoqualmie, WA 98065


Barco Construction, Inc
380 Mansfield Road
Hollister, CA 95023


Michele Barry
324 Durham Street
Menlo Park, CA 94025


BB&T Insurance Services of CA. Inc
PO Box 51793
Los Angeles, CA 90051-6093


BBB
1000 Broadway, #625
Oakland, CA 94607

Terry & Teresa Beams
13643 Morgan Street
Fontana, CA 92336-3814


Luke Beautz
2026 Alice Street
Santa Cruz, CA 95062


Janelle Beeson
16440 Kings Canyon Court
Morgan Hill, CA 95037


Robert & Kathleen Bellino
2856 Bardy Road
Santa Rosa, CA 95404


Belmont Doors
550 Harbor Blvd
Belmont, CA 94002


Melvin & Aviva Bernstein
726 Loma Verde
Palo Alto, CA 94303


Manush & Nancy Birang
18836 Favre Ridge Road
Los Gatos, CA 95033


Boyd Black
9403 Lincolnwood Drive
Evanston, IL 60203

Kenneth Bleibler
559 Cherry Avenue
Los Altos, CA 94022


Robert & Ruth Bleibler
808 Grape Avenue
Sunnyvale, CA 94087


Richard Booth
3979 Nordica Court
San Jose, CA 95124


Jamshid & Roxanna Bordbar
104 Hilow Court
Los Gatos, CA 95032


Kamyar & Nilgun Bordbar
104 Hilow Court
Los Gatos, CA 95032


Roxanna & Jamshid Bordbar
104 Hilow Court
Los Gatos, CA 95032


Bowman & Williams
1011 Cedar
Santa Cruz, CA 95061-1621


Renate Boyer
111 Morse Avenue, #230
Sunnyvale, CA 94089

Leslie & Gertrude Bradshaw
1095 Sanders Drive
Moraga, CA 94556


Thomas Branagan
4150 Court Drive
Santa Cruz, CA 95062


Brand Technologies
2652 Falmouth Road
Toledo, OH 43615


Brandon Vaccro Photography
848 Corroemte Point Drive
Redwood City, CA 94065


Susan Breitbard
765 Chimalus Avenue
Palo Alto, CA 94306


Brian P. Hedstrom, Esq.
855 Lakeville, #200
Petaluma, CA 94952


Margot Brown
3217 Fiji Lane
Alameda, CA 94502


Muriel Brown
819 Toyon Way
Redwood City, CA 94062

Ronald & Sharon Brown
828 Toyon Way
Redwood City, CA 94062


Harry Browne
850 Webster Street, #715
Palo Alto, CA 94301


Bobbie Bruno
870 Old Farm Lane
Aptos, CA 95003


Builders Control
18 Embarcadero Cove
Oakland, CA 94606-5211


Susan Burns
519 North Street, #2
Sausalito, CA 94965


Margaret Busetti
c/o Margherita Labanca
Via Marzanica 39
24124 BERGAMO, Italy


C & W Communications Inc
214 Creekside Village Drive
Los Gatos, CA 95032


CA-Attorney General
1300 I Street
Sacramento, CA 95814

CA-Board of Equalization
Attn: Collection Unit Mic 29
PO Box 942879
Sacramento, CA 94279-0001


CA-Dept of Motor Vehicles
PO Box 932382
Sacramento, CA 94244-3820


CA-EDD
Bankruptcy Special Procedures
Group Mic 92-E
PO Box 826900
Sacramento, CA 94280-0001


CA-Franchise Tax Board
Bankruptcy Unit MS G-11
PO Box 2952
Sacramento, CA 95812-2952


Caine & Weiner
21210 Irwin Street
Woodland Hills, CA 91365


California Bank & Trust
700 West El Camino Real
Mountain View, CA 94040


California Bank & Trust
PO Box 30833
Salt Lake City, UT 84130


California Choice
721 S. Parker #200
Orange, CA 92868

California Living & Energy
3015 Dale Court
Ceres, CA 95307


Diane Campinotti
350 Troon Way
Half Moon Bay, CA 94019


Canada Woods Water Company
PO Box 221850
Carmel, CA 93922


Ian D. Carney
150 Park Avenue
Felton, CA 95018


Mickey Carney
1155 Country Club Drive
Ben Lomond, CA 95005


Katy Carrel & Joyce Dean
10341 Cherry Tree Lane
Cupertino, CA 95014


Robert & Marilyn Carrel
9733 Bainbridge Place
Stockton, CA 95209


Alice Carter
200 Sheridan Avenue, #201
Palo Alto, CA 94306

Karen Cassel
128 Magneson Terrace
Los Gatos, CA 95032


Ronald Cassel
128 Magneson Terrace
Los Gatos, CA 95032


Esther Castano
236 Rodrigues Avenue
Milpitas, CA 95035-5718


CBeyond
PO Box 50326
Los Angeles, CA 90074-0326


CCC
150 Park Ave
Felton, CA 95018


Brian & Nana Chancellor
106 Peninsula Avenue
San Mateo, CA 94401


Cynthia Chang
13527 Toni Ann Place
Saratoga, CA 95070-4853


Ivana Chang
1471 Tartarian Way
San Jose, CA 95129

Yann-An Chang
1471 Tartarian Way
San Jose, CA 95129


Chien-Chung Chao
5646 Bordley Drive
Houston, TX 77056-2330


Chih-Han Chao
5646 Bordley Drive
Houston, TX 77056-2330


Chih-Yun Chao
5646 Bordley Drive
Houston, TX 77056-2330


Samuel & Betty Chao
5099 Capanelle Terrace
San Jose, CA 95129


Charles Smith, Esq.
Hartnett Smith & Associates
777 Marshall Street
Redwood City, CA 94063


Margaret Chase
14638 SW Fern Street
Portland, OR 97223


Jean Chen
2291 Arkansas Valley Ave
Henderson, NV 89044

Jung Shou & Amy Chen
625 Barbara Way
Burlingame, CA 94010


Fred Cheng & Alice Huang
12320 Page Mill Road
Los Altos Hills, CA 94022


Fang Juan Cheng
2213 Charter Way
San Leandro, CA 94579


Tong-Seng & Shing-Shing Chern
136-17 Maple Ave, Apt. 8C
Flushing, NY 11355


Hanford & Alice Chew
583 Spruce Street
Oakland, CA 94606


James & Yeng-Fong Chiang
2585 Park Blvd #Z-210
Palo Alto, CA 94306


Chicago Title Company
675 N. First Street, #400
San Jose, CA 95122


Christopher G. Jacobs, Esq.
2356 Gold Meadow Way
Gold River, CA 95670

Kenneth & Helina Chu
25298 Buckeye Drive
Castro Valley, CA 94552


Joanna Chu-Jian
25298 Buckeye Drive
Castro Valley, CA 94552


Annie Chuang
10982 Wilkinson Avenue
Cupertino, CA 95014


Cynthia Chuang
10982 Wilkinson Avenue
Cupertino, CA 95014


Su-Jan Chuang
10982 Wilkinson Avenue
Cupertino, CA 95014


CitiBusiness Card
PO Box 6415
The Lakes, NV 88901-6415


City of Mountain View
500 Castro Street
PO Box 7540
Mountain View, CA 94039


City of San Carlos
600 Elm Street
San Carlos, CA 94070

City of Santa Cruz
809 Center Street, #107
Santa Cruz, CA 95060


Robert Clayton
1184 Singingwood Court
Walnut Creek, CA 94595


Erika Coch
640 Larchmont Drive
Daly City, CA 94015


Collection Bureau of America
PO Box 5013
Hayward, CA 94540


Commonwealth Land Title
2105 S. Bascom Ave, #135
Campbell, CA 95008


Robert Conlon
130 Farm Road
Redwood City, CA 94062


David & Patricia Conte
700 Celeste Way
Santa Cruz, CA 95065


Contractors State License Board
9821 Business Park Drive
Sacramento, CA 95827

David Cooney
1570 Cowper Street
Palo Alto, CA 94301


David Cooney
Alternative Investment Service
211 Main Street
San Francisco, CA 94105


Corporate Collection Services
PO Box 911931
Dallas, TX 75391


Robert J. Craig
966 Elsie May Drive
Boulder Creek, CA 95006


Rafael & Kristin Cruz
23423 Mountain Drive
Twain Harte, CA 95383


Jorge & Sandra Cuen
8645 Cave City Road
Mountain Ranch, CA 95246


Sue Curry
1449 Harker Avenue
Palo Alto, CA 94301


Gloria Darke
49 McCormick Lane
Atherton, CA 94027

Dataquick
File 50261
Los Angeles, CA 90074-0261


David Levin, Esq.
Levin Law Firm
405 Sherman Ave.
Palo Alto, CA 94306


David Lin
1036 Jenna Terrace
Sunnyvale, CA 94089


David S. Lee
4962 El Camino Real, Ste. 223
Los Altos, CA 94022


Gary & Shirley Day
6909 Flat Creek Drive
Somerset, CA 95684


Gerald & Germaine Decker
2439 Tamalpais Street
Mountain View, CA 94043


Cheryl Degolia
1221 Cotton Street
Menlo Park, CA 94025


Norman & Patricia DeNardi
26966 W. Fremont Road
Los Altos, CA 94022

```
Department of Corporations
320 West 4th St., Suite 750
Los Angeles, CA 90013


Department of Corporations
1515 K. Street, Suite 200
Sacramento, CA 95814


Department of Real Estate
PO Box 187002
Sacramento, CA 95818


Design Studio Gordana LLC
302 Bryant Street
Palo Alto, CA 94301


Dean DiBenedetto
2375 Spadafore Avenue
San Jose, CA 95125


John DiBenedetto
2375 Spadafore Avenue
San Jose, CA 95125


Grace Dimanto
15370 La Rocca Drive
Morgan Hill, CA 95037


Dan & Anita Dippery
455 Santa Rita Avenue
Menlo Park, CA 94025
```

Directv
PO Box 60036
Los Angeles, CA 90060


Lisa Dixon
PO Box 1960
Elk Grove, CA 95759


DMV
PO Box 942897
Sacramento, CA 94297-0897


Carl P. Dobratz, CPA
2855 Mitchell Drive, #101
Walnut Creek, CA 94598


Bruce & Frances Dougherty
24561 Summerhill Court
Los Altos, CA 94024


Douglas Landscape
1891 Almaden Road, Ste. A
San Jose, CA 95124


DS Waters of America, LP
PO Box 7126
Pasadena, CA 91109-7126


Ronald Dunn
2019 Oberlin Street
Palo Alto, CA 94306

Economy Bonds & Insurance Service
PO Box 276165
Sacramento, CA 95827-6165


Edward L. Chun, Esq.
Bosso Williams Sachs
PO Box 1822
Santa Cruz, CA 95061


Edward Locker
1300 Arbor Avenue
Los Altos, CA 94024


El Camino Office Investments
2093 Landings Dr.
Mountain View, CA 94043


El Camino Office Investments, LLC
1975 W. El Camino
Mountain View, CA 94040


Curtis Embrey
PO Box 1563
Lower Lake, CA 95457


Marjorie Erickson
1221 Sargent Drive
Sunnyvale, CA 94087


Express Rental Fence
PO Box 294
Santa Clara, CA 95052

EZ Electric
10636 Industrial Avenue
Roseville, CA 95678


Darioush & Shahnaz Falahati
1073 Lucot Way
Campbell, CA 95008-6408


Falzone, Stephen Michael (F&F Graphics)
16994 Brierly Court
Castro Valley, CA 94546


Carol Fan
1296 Kapiolani Blvd. Apt. 1906
Honolulu, HI 96814-2882


Shoushan Farhad
1254 Caggio Court
Campbell, CA 95008


Phillip & Donna Feitelberg
2543 Somerset
Belmont, CA 94002


Regina Feitelberg
1499 Oak Grove Ave, #303
Burlingame, CA 94010-3790


Sharleen Fiddaman
2255 Webster Street
Palo Alto, CA 94301

Fine Steel Products
2956 Fenwick Way
San Jose, CA 95148


Anthony Fiorentino
237 Loma Alta Avenue
Los Gatos, CA 95030


First American Title
1 First American Way
Santa Ana, CA 92707


Fitzgibbons Arnold Company
PO Box 45520
25730 First Street
Westlake, OH 44145


Fogarty & Zell, LLP
198 Taylor Boulevard
Millbrae, CA 94030


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Franchise Tax Board
Bankruptcy Unit MS G-11
PO Box 2952
Sacramento, CA 95812-2952


Joseph Fridgen & Linh Ngoc Van
189 N. Basscon Ave, #200
San Jose, CA 95128

Gloria & Franca Gargiulo
121 Las Brisas Drive
Monterey, CA 93940


Lazaro & Bridget Garza
16951 Mitchell Avenue
Los Gatos, CA 95032


Robert & Theresa Geise
2735 Saint Giles Lane
Mountain View, CA 94040


Ethel Gershon
445 N. California Avenue
Palo Alto, CA 94301


Fayrouz Ghanayem
PO Box 770001
Cincinnati, OH 45277-0003


Robert & Amanda Ghannam
19495 Eddington Place
Northville, MI 48167


Giacalone Design Service Inc
PO Box 397
Gilroy, CA 95021


Golden Associates
4400 Market Street
Emeryville, CA 94608

Golden State Builders Exchange
8789 Auburn Folsom Road #C-327
Granite Bay, CA 95746


Magen Gong
356 Monroe Drive
Palo Alto, CA 94306


John M. Gonzales
1750 Birchwood Drive
Sunnyvale, CA 94089


Mary Grayson
19951 Blythe Court
Saratoga, CA 95070


Marisha Greenhalgh
112 Clifford Terrace
San Francisco, CA 94117


Gregory M. Finch, Esq.
Signature Law Group LLP
3400 Bradshaw Road
Suite A4-A
Sacramento, CA 95827


Paul & Betty Gross
2452 Majorie Avenue
Eugene, OR 97408


Stephanie Grossman
1121 Hariett Street
Palo Alto, CA 94301

Quang Ha & Tuyen Kim Vuong
2422 Glen Duff Way
San Jose, CA 95148


Gary Hagemann
706 South Citron
Anaheim, CA 92805


Jonathan Hahn
340 Sherwood Way
Menlo Park, CA 94025


Mary Hamilton
856 Wharfside Road
San Mateo, CA 94404


Carl Hammond
522 Old Mill Pond Road
Los Gatos, CA 95033


Diane Hand
814 B Cuesta Drive
Mountain View, CA 94040


Handcrafted Finishes By Friday
27180 Los Arboles Drive
Carmel, CA 93923


Keith Hardy
1992 Seascape Blvd
Aptos, CA 95003

Ronadl & Heidi Harlan
1955 Georgetta Drive
San Jose, CA 95125


Richard & Anne Harris
316 Bella Vista Avenue
Los Gatos, CA 95032-5415


Heartwood Window & Doors
750 San Antonio Road
Palo Alto, CA 94303


Kyle Hedges
1838 Valparaiso Avenue
Menlo Park, CA 94025


Howard Herron
228 Brookside Drive
Suisun City, CA 94585-2755


Georgia Hilgeman
PO Box 2052
Los Gatos, CA 95031-2052


David Ho
2250 Monroe Street, #277
Santa Clara, CA 95050


David & Fong-Ming Ho
2250 Monroe Street, #277
Santa Clara, CA 95050

Genevieve Ho
777 East Valley Blvd. #6
Alhambra, CA 91801


Lisa Ho
3651 E. Curtis Drive
Sacramento, CA 95818


Richard Ho
411 Dolores Street, #1
San Francisco, CA 94110


Leslie Holland
3790 Indio Way
Redding, CA 96002


Home Depot Credit Services
PO Box 6028
The Lakes, NV 88901-6028


Helen Hubert
1043 Oakland Avenue
Menlo Park, CA 94025


Ruth Hubert
101 Alma Street, #1003
Palo Alto, CA 94301


Carol Hunt
3485 Alameda de las Pulgas, #6
Menlo Park, CA 94025

Dawn Hunt
675 GlenbrookDrive
Ione, CA 95640


Deborah Hunt
395 Forest Acres Road
New London, NH 03257


Ken Hunt
6556 Bennett Valley road
Santa Rosa, CA 95404


HWA
5095 Lone Tree Way
Antioch, CA 94531-8016


Jen-Di Hwang
7180 Rainbow Drive
San Jose, CA 95129


Berhanu Iman
946 Iris Avenue
Sunnyvale, CA 94086


Infolane
1624 Franklin Street, #1102
Oakland, CA 94612


Insight Glass
4901 Park Road
Benicia, CA 94510

Insurance Office of Central OH
165 W Main Street
PO Box 780
New Albany, OH 43054-0780


Internal Revenue Service
PO Box 21126
Stop N781
Philadelphia, PA 19114


Internal Revenue Service
(San Jose Cases)
Insolvency, MS 5420/5430
55 S. Market Street
San Jose, CA 95113


James R. Walsh, Esq.
Katharine Livingston, Esq.
Walsh Law Firm
250 Lafayette Cir., Ste. 107
Lafayette, CA 94549


Jon Janto
210 Southwood Drive
Scotts Valley, CA 95066


JC Heating & Air Conditioning
PO Box 1078
Soquel, CA 95073


Margot Jennings
6523 California Avenue, SW #415
Seattle, WA 98136


Jim Giancola Concrete
PO Box 362
Hollister, CA 95024

Jim Khosh
1101 Comstock St.
Santa Clara, CA 95054


Nils Johansson
16450 Kennedy Road
Los Gatos, CA 95032


John A. Shepardson, Esq.
John A. Shepardson Law Office
59 N. Santa Cruz Avenue
Suite Q
Los Gatos, CA 95030


Marilyn Jonah
3180 Brittan Avenue
San Carlos, CA 94070


Joseph P. Thompson, Esq.
8339 Church St., #114
Gilroy, CA 95020


Charles & Connie Journey
1770 Glen Oaks Drive
Santa Barbara, CA 93108


Kristine Journey
1770 Glen Oaks Drive
Santa Barbara, CA 93108


Samantha Journey
1374 Fredericks Street
San Luis Obispo, CA 93405

Joseph & Meagan Jurevicius
3310 Old Brainard Road
Cleveland, OH 44124


Nancy Kai
482 West Sunnyoaks Ave
Campbell, CA 95008


Cheng-Pai & Louisa Kao
212 Wiget Lane
Walnut Creek, CA 94598-3410


Mahendra Kaul
13338 Loma Rica Drive
Grass Valley, CA 95945


Sushila Kaul
8332 Hilltop Avenue
Vienna, VA 22182-5136


Kelly-Moore Paints
180 E. El Camino Real
Mountain View, CA 94040


Kenneth H. Prochnow, Esq.
Chiles & Prochnow LLP
2600 El Camino Real
Suite 412
Palo Alto, CA 94306


Jim Khosh
801 Wooded Hills Court
Fremont, CA 94539

Zahra Khoshfekran
801 Wooded Hills Court
Fremont, CA 94539


Sami & Natalia Khuri
3677 Cabernet Vineyards Circle
San Jose, CA 95117


Killroy Pest Conttol
1175 Dell Avenue
Campbell, CA 95008


Kirk W. Elliot, Esq.
765 Coleman Ave.
San Jose, CA 95110


John Kozak
1550 Sutter Street, #310
San Francisco, CA 94109-5374


Edward Kramar
317 Montclair Road
Los Gatos, CA 95032


Edward & Laura Kramar
317 Montclair Road
Los Gatos, CA 95032


Nancy Kramar
718 Chimalus Drive
Palo Alto, CA 94306

Pamela Kramar
11586 Ragan Way
Grass Valley, CA 95949


Charles & Georgina Kretz
4051 Vineyard Road
Novato, CA 94947


Frederick Kretz
855 Oxford Avenue
Marina Del Rey, CA 90292


Chi-Wai Kwok & Rebecca Lee
1838 Valparaiso Avenue
Menlo Park, CA 94025


David Lamberson
870 Old Farm Lane
Aptos, CA 95003


Landgro
765 Coleman Avenue
San Jose, CA 95110


James Laroy
700 Oak Knoll Lane
Menlo Park, CA 94025


Mitchell & Carol Lashman
1764 Edgewood Road
Redwood City, CA 94062

Law Offices of Desmond B. Tuck
177 Bovet Road, #600
San Mateo, CA 94402-3122


Law Offices of Sharon C. Wagner
2600 El Camino Real, # 412
Palo Alto, CA 94306


LCIA
9828 Business Park Drive, #A
Sacramento, CA 95827


Ingrid LeBlanc
29 Woodhill Drive
Redwood City, CA 94061


Maurice LeBlanc
29 Woodhill Drive
Redwood City, CA 94061


Ben & Anne Lee
614 Crested Cove Drive
Garland, TX 75040


Kalman Lee
2271 Markham Avenue
San Jose, CA 95125


Kenneth Lee
9455 Nesbit Lakes Drive
Alpharetta, GA 30022

Donal & Harriet Levy
14500 Fruitvale Avenue, #6130
Saratoga, CA 95070


Der-Yu Li
13527 Toni Ann Place
Saratoga, CA 95070


Eva Libien
2 Eucalyptus Knoll Stree
Mill Valley, CA 94941


Randy Ligh
189 N. Bascom Ave, #200
San Jose, CA 95128


Lightpoint
846 Santa Cruz Ave
Menlo Park, CA 94025


Howard Liu
93 Sea View Avenue
Oakland, CA 94611


Robert Lloyd
223 Oak Court
Menlo Park, CA 94025


Edward & Cynthia Locker
387 N. Stonehaven Drive
Cleveland, OH 44143

Sophia Lu
1040 Wallace Place
Upland, CA 91784


Lyman Fancher & Ann Dierks
Guy DeJung
4213 Glen Haven Road
Soquel, CA 95073


M & B Plumbing Inc
1440 S. Main Street
Milpitas, CA 95035


MacLeod & Associates, Inc
965 Center Street
San Carlos, CA 94070


Magnolia Landscape
9865 Baldwin Drive
Santa Clara, CA 95051


John Major
1915 Potrero Drive
San Jose, CA 95124


Robert & Marcella Major
PMB 111,713 West Spruce Street
Deming, NM 88030


Marketing Designs
850 Old County Road
Belmont, CA 94002

George Maroudas
15571 Linda Avenue
Los Gatos, CA 95032


Matthew Marrone
15571 Linda Avenue
Los Gatos, CA 95032


Martin D. Goodman, Esq.
Martin D. Goodman Law Offices
456 Montgomery Street
Suite 1300
San Francisco, CA 94104


James Mauro
3095 Scioto Trace Road
Columbus, OH 43221


Steven & Nancy Mayer
2170 Jackson Street, #5
San Francisco, CA 94115


Lynne McClure
PO Box J
Menlo Park, CA 94026


Daniel & Kathleen McCrudden
441 Hillcrest Drive
Wilmette, IL 60091


Lynda McGee
3140 Peyton Road
La Verne, CA 91750

David M. McKim
1777 Borel Place, #301
San Mateo, CA 94402


Michael McMillan
2672 McAllister Street
San Francisco, CA 94118


Linda McPharlin
27 Preston Road
Redwood City, CA 94062-2637


Menlo College Women's Basketball
1000 El Camino Real
Atherton, CA 94027


Kathleen Miles
217 Sixteenth Avenue
Santa Cruz, CA 95062


Christopher & Teresa Mills
13365 McCulloch Avenue
Saratoga, CA 95070


Jared Mills
c/o Stacy Hall
17500 Skyline Blvd
Los Gatos, CA 95033


Jeffrey & Karen Miner
PO Box 2576
South Lake Tahoe, CA 96158

Steve & Michael Morena
331 Paramount Drive
Millbrae, CA 94030


Mahmood Mozaffari
5810 Maracaibo Drive
San Jose, CA 95120


MS Engineering & Associates
2105 S. Bascom Ave., #260
Campbell, CA 95008


Estelle Murphy
850 Webster Street, #631
Palo Alto, CA 94301


Charlene Nason
437 Ellsworth Street
San Francisco, CA 94110


David & Shirley Negrin
2433 Sharon Oaks Drive
Menlo Park, CA 94025


Robert Nelson
516 Woodacres Drive
Mechanicsburg, PA 17050


Ray Nezhad
10413 Torree Avenue, #700
Cupertino, CA 95014

Michael Nicholl
30500 Winsor Drive
Bay Village, OH 44140


Andrew Nichols III
27 Preston Road
Redwood City, CA 94062-2637


Nielsen Architects, Inc
PO Box 1982
Orinda, CA 94563


Roger & Lorna Niemeth
19147 River Crest Drive
Anderson, CA 96007


Nissan Motor Acceptance Corp
PO Box 894748
Los Angeles, CA 90189-4748


Keith Noble
14159 Baker Road
Madison, OH 44057-9535


Officeteam
File #73484
PO Box 600000
San Francisco, CA 94160-3484


David Olsen
3013 Wolsey Place
Fremont, CA 94555-1465

Klaas Olsman
663 Fairway Blvd
Columbus, OH 43213


Marjorie Olson
850 Webster Street,#526
Palo Alto, CA 94301


Robert Orcutt
PO Box 66102
Scotts Valley, CA 95066


Brian Orser
1 Wild Flower Lane
Santa Cruz, CA 95065


Richard Orser
1 Wild Floew Lane
Santa Cruz, CA 95065


Elisabeth Oxfeldt
12161 Hilltop Drive
Los Altos, CA 94024


Kjeld Oxfeldt
13978 Amber Sky Lane
San Diego, CA 92129


Poul & Inger Oxfeldt
12161 Hilltop Drive
Los Altos, CA 94024

Patric J. Kelly, Esq.
Adleson Hess & Kelly
577 Salmar Avenue
Second Floor
Campbell, CA 95008


Paychex
2527 Camino Ramon
San Ramon, CA 94583


Jeanette Pheasant
PO Box 97
Kilauea, HI 96754


Pitney Bowes, Inc.
PO Box 856042
Louisville, KY 40285-6042


Emmett & Karen Pletschette
802 Poker Flat Road
Copperopolis, CA 95228


Ponzini Insulation, Inc.
PO Box 1055
San Juan Bautista, CA 95045


Leila Pravorne
3 Santo Domingo Drive
Rancho Mirage, CA 92270


David & Laurie Probst
1278 Coolidge Avenue
San Jose, CA 95125

Proceviat Designs
2284 Old Middlefield Way, #11
Mountain View, CA 94043


Guangsheng Zhang & Yao Qi
696 Towle Way #33
Palo Alto, CA 94306


Martha Quiring
691 Pamlar Avenue, #C
San Jose, CA 95128


J. Barry & Patricia Rahn
50855 Washington St. PMB 243
La Quinta, CA 92253


Ralph J. Swanson, Esq.
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113


Camille Ramos
777 San Antonio Road, #127
Palo Alto, CA 94303


Danilo & Luzviminda Ramos
119 South Blvd, #20
San Mateo, CA 94402


Bertram Raphael
12820 Viscanio Road
Los Altos, CA 94022

Bertram & Anne Raphael
12820 Viscanio Road
Los Altos, CA 94022


Re Infolink
300 Orchard City Drive, #100
Campbell, CA 95008


Registrar of Contractors
9821 Business Park Drive
Sacramento, CA 95827


Jean Reiswig
1245 E. Springfield Ave, #35
Reedley, CA 93654-3249


Richard Tipton
PO Box 60221
Palo Alto, CA 94306


Ricoh Americas Corporation
PO Box 6434
Carol Stream, IL 60197-6434


Ricoh
PO Box 105533
Atlanta, GA 30348


Ridgeline Framing Corporation
2141 Las Positas Court, #B
Livermore, CA 94551

Pat Ridout
3731 Vineyard Avenue
Pleasanton, CA 94566


Gordon Ringold
12004 Adobe Creek Lodge Road
Los Altos, CA 94022


RMB Enterprises
1212 P Street
Sacramento, CA 95814


Robert Rossi, Esq.
1960 The Alameda, Ste. 200
San Jose, CA 95126


Rolfes Engineering Inc
1036 W. Robinhood Drive, #201
Stockton, CA 95207-5627


Joel Rosenberg
45190 Onondaga Drive
Fremont, CA 94539


Louis & Annette Rosenberg
8224 Claret Court
San Jose, CA 95135


Matile Rothschild
109 Lake Merced Hill, #1C
San Francisco, CA 94132

Rucy's Cleaning Service
625 Lakehaven Drive
Sunnyvale, CA 94089


Louise Rush
2510 Bush Street
San Francisco, CA 94115


Kim Rushforth
921 Wheeler Court
Libertyville, IL 60048


Dan Salinger
10370 Linscott Drive
Elk Grove, CA 95624


Edward Salinger
3571 Buena Vista Drive
Shingle Springs, CA 95682


San Francisco Lee FCU
945 Grant Avenue
San Francisco, CA 94108


San Jose Blue
PO Box 189610
Sacramento, CA 95818-9610


San Jose Mercury News
750 Ridder Park Drive
San Jose, CA 95190

Santa Clara County Assessor
70 West Hedding Street
East Wing
San Jose, CA 95110


Michael & Lydia Sathy
1263 Richardson Avenue
Los Altos, CA 94024


Barbara Sautter
320 Weed Avenue
Stamford, CT 06902


Joanne Scherner
PO Box 53
Sorrento, ME 04677


Schoenholz and Spiegel, CPA
2033 North Main Street
Walnut Creek, CA 94596


SDG Architects, Inc
3361 Walnut Blvd, #120
Brentwood, CA 94513


Secretary of State
1500 11th Street, 2nd & 3rd Floor
Sacramento, CA 95814


Eric Shan
13264 Glasgow Court
Saratoga, CA 95070

Ming-Chien & Hsin-Tsan Shan
13264 Glasgow Court
Saratoga, CA 95070


Vivian Shan
13264 Glasgow Court
Saratoga, CA 95070


Hershel Shanks
5208 - 38th Street NW
Washington, DC 20015


Colette Shen
5646 Bordley Drive
Houston, TX 77056


Katherine Shen
5646 Bordley Drive
Houston, TX 77056


Sidney & Katherine Shen
5646 Bordley Drive
Houston, TX 77056


Morton & Alba Sherin
16996 Frank Avenue
Los Gatos, CA 95032


Susan Shields
5567 B Via Portora
Laguna Woods, CA 92637

Allan Shocker
1 Baldwin Avenue, #220
San Mateo, CA 94401


Shoreline Investment Fund LLC
PO Box 1928
Mountain View, CA 94042


Johanna Siegrist
39 Roslyn Avenue
San Carlos, CA 94070


Anne Silver
1951 O'Farrell Street, #204
San Mateo, CA 94403


J.L. Singer
581 S. La Jolla Avenue
Los Angeles, CA 90048


Sir Speedy
1185 Tasman Drive
Sunnyvale, CA 94089


SisBro Decorative Plumbing
32 E. Campbell Ave
Campbell, CA 95008


SMP Engineers
1534 Carob Lane
Los Altos, CA 94024

Soares Lumber & Fencing, Inc.
6630 Monterey Road
Gilroy, CA 95020


Sol & Sylvia Solk
784 Gailen Avenue
Palo Alto, CA 94303


Mark & Carol Sorich
14614 La Rinconada Drive
Los Gatos, CA 95032


William & Madeline Souza
2251 Coronet Drive
San Jose, CA 95124


Sprint
PO Box 79357
City Of Industry, CA 91716


Elize St. Charles
121 Greendale Drive
Los Gatos, CA 95032


Stanford Track & Field
641 East Campus Drive
Stanford, CA 94305


Autumn Stanley
241 Bonita Road
Portola Valley, CA 94028-8103

Starkweather Painting Co
PO Box 1398
Hollister, CA 95024-1398


State Compensation Insurance Fund
PO Box 7854
San Francisco, CA 94120-7854


State of California
1500 11th Street
PO 944230
Sacramento, CA 94244-2300


Stephen Benda, Esq.
Stephen Benda Law Office
750 Menlo Avenue, Ste. 350
Menlo Park, CA 94025


George & Margaret Stepp
PO Box 11
Mountain Ranch, CA 95246


Frederick & Josephine Stern
7679 Helmsdale Drive
San Jose, CA 95135


Steven R. Manchester
Manchester Williams & Siebert
Ten Almaden Blvd.
Suite 1250
San Jose, CA 95113


Stevens, Ferrone & Bailey Engineering
1470 Enea Circle, #1551
Concord, CA 94520

Barbara Stever
7940 E. Antelope Road
Eagle Point, OR 97524


Kim Stoner
324 Oregon Street
Santa Cruz, CA 95060


Stotler Design Group
6868 Santa Teresa Blvd. #B
San Jose, CA 95119


David Studebaker
518 Almer Road, #4
Burlingame, CA 94010


Doris Sukiennicki
223 Cowper Street
Palo Alto, CA 94301


Summit Bank Foundation
2969 Broadway
Oakland, CA 94611


Linda Sun
12502 Parker Ranch Court
Saratoga, CA 95070


Gladys Sylvester
691-C Palmer Avenue
San Jose, CA 95128

Taketa, Miller & Associates
1777 Hamilton Ave, #202
San Jose, CA 95125


Tamara Stansberry
Thrust IV Office Centers
1975 W. El Camino Real
Mountain View, CA 94040


Sheng-Tsan & Tsai-Chen Tang
93 Sea View Avenue
Oakland, CA 94611


Karen Tanner
1411 Beringer Court
San Jose, CA 95125


Karla Tanner
1381 Pinehyrst Square
San Jose, CA 95117-3653


Eddy & Lily Tao
948 Cherry Glen Terrace
Fremont, CA 94536-4255


Zhong & Wenjing Tao
755 Seawood Way
San Jose, CA 95120


Aun-Pei Tay
7950 McClellan Road, #3
Cupertino, CA 95014

Aun-Rhen Tay
7950 McClellan Road, #3
Cupertino, CA 95014


Yick & Soo Tay
7950 McClellan Road, #3
Cupertino, CA 95014


Thoits Insurance
160 W. Santa Clara Street, 12th Floor
San Jose, CA 95113


Frances Thomson
4090 El Cerrito Road
Palo Alto, CA 94306


Alois Tieber
1336 Cerro Verde
San Jose, CA 95120-4905


Tim Tomassini
PO Box 5837
Carmel By The Sea, CA 93921


Der-Shin Tong
2277 16th Avenue
San Francisco, CA 94116


Marie Troidl
45 Pepper Drive
Los Altos, CA 94022

Matthew & Marie Troidl
45 Pepper Drive
Los Altos, CA 94022


Tiffany Troidl
1 Hanson Place Unit 12G
Brooklyn, NY 11243


Sonia Trujillo
c/o John Gonzales
1750 Birchwood Drive
Sunnyvale, CA 94089


Tom Truong
4400 Market Street
Emeryville, CA 94608


Douglas Tsai
788 Loyalton Drive
Campbell, CA 95008


Rose Tsai
20103 Miljevich Drive
Saratoga, CA 95070


U.S. Bank
PO Box 790408
Saint Louis, MO 63179-0408


Robert Underwood
223 Cowper Street
Palo Alto, CA 94301

United Site Services
3408 Hillcap Ave
San Jose, CA 95136


US-Attorney
650 Capital Mall #3305
Sacramento, CA 95814


US-Attorney General
Dept. of Justice Tax Div
Main Justice Building
10th St. & Constitution Ave. NW
Washington, DC 20530


US-Attorney Tax Division
450 Golden Gate Ave 10th Fl
PO Box 36055
San Francisco, CA 94102


US-Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


US-Dept. of Justice
Attorney General Civil
Trial Section - Western Region
P.O. Box 683 Ben Franklin Station
Washington, DC 20044


Vanished Children's Alliance
991 W. Hedding St, #101
San Jose, CA 95126


Verizon
PO Box 9622
Mission Hills, CA 91346-9622

Verrips Construction Inc
1987 Bonifacio Street
Concord, CA 94520


Jack Vetter
500 Bahr Drive
Ben Lomond, CA 95005


Ramon G. Vigil
1727 Alturas Circle
Salinas, CA 93906


Jose Villa
814 B Cuesta Drive
Mountain View, CA 94040


Wachovia Mortgage
PO Box 60505
City Of Industry, CA 91716-0505


Donald & Carol Walker
13345 McCulloch Ave
Saratoga, CA 95070


Richard Walker
2965 Princeton Avenu
Stockton, CA 95204-2646


Alvin Wang
13425 Surrey Lane
Saratoga, CA 95070

Gloria Wang
1084 DiNapoli Drive
San Jose, CA 95129


Grace Wang
12473 Titus Avenue
Saratoga, CA 95070


Johnson Wang
1084 DiNapoli Drive
San Jose, CA 95129


Samuel & Ginger Wang
1084 DiNapoli Drive
San Jose, CA 95129


Shue-Hui Wang
7150 Rainbow Drive, #14
San Jose, CA 95129


Shue-Hui & Grace Wang
7150 Rainbow Drive, #14
San Jose, CA 95129


Arthur & Pamela Wangbickler
145 El Altillo
Los Gatos, CA 95032


James Ward
617 Winter Road
Delaware, OH 43015

Kelli Ward
4 Eagle Rock Road
Mill Valley, CA 94941


William Ward
1450 Buckeye Circle
Salem, OH 44460


Larry & Patti Warren
13095 Colony Avenue
San Martin, CA 95046-9450


Anna Wei
4411 Winterberry Court
Concord, CA 94521


Alexis Weil
1237 18th Avenue E
Seattle, WA 98112


Marsha Weil
3425 Cowper Street
Palo Alto, CA 94306


Roman Weil
5807 S. Woodlawn Avenue
Chicago, IL 60637


Lori Wensley
2180 Greenbridge Drive
El Sobrante, CA 94803

George Werner
7015 NW Larch Ct
Redmond, OR 97756-7318


Matthew Wesley
1256 Glenwood Drive
San Jose, CA 95125


Patricia Wesley
1267 Maple Street
Lake Oswego, OR 97034


West Valley Arborists
PO Box 162
Campbell, CA 95009


Paul & Jean Williams
2753 Comstock Circle
Belmont, CA 94002


Scott & Sharon Williams
3180 Scriver Street
Santa Cruz, CA 95062


Beth Wilson
120 Granada Drive, #10
Mountain View, CA 94043


Carol Wisely
12929 NE 71st Street
Kirkland, WA 98033

Richard Wishner
1551 Awalt Court
Los Altos, CA 94024-5859


Jeffrey Wolfe
3865 Piccadilly Drive
Reno, NV 89509


James Workman
35 Delmar Street
San Francisco, CA 94117


Benjamin & Anna Wu
327 San Carlos Avenue
Oakland, CA 94611


James Wu
115 Wildwood Gardens
Oakland, CA 94611


Jessica Wu
20090 Edinburgh Drive
Saratoga, CA 95070


Louis Wu
36 Dudley Court
Oakland, CA 94611


Paul & Jessica Wu
20090 Edinburgh Drive
Saratoga, CA 95070

Sophia Yang
19937 Scotland Drive
Saratoga, CA 95070


David Yin
13547 Toni Ann Place
Saratoga, CA 95070


Mingtang Yin
13547 Toni Ann Place
Saratoga, CA 95070


Andrew Yu
3528 West Lake Drive
Augusta, GA 30907


Andrew & Celia Yu
3528 West Lake Drive
Augusta, GA 30907


Celia Yu
3528 West Lake Drive
Augusta, GA 30907


Eric & Pauline Zhu
2792 Maria Street
Pleasanton, CA 94588


Joan Zimmerman
109 Lake Merced Hill #1C
San Francisco, CA 94132

Therese & Constance Zona
12148 Lavita Way
Boynton Beach, FL 33437

# United States Bankruptcy Court
## Northern District of California

In re    __JSW Financial Inc.__            Case No. _____

                          Debtor(s)          Chapter    __7__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JSW Financial Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 9, 2009__ _____
Date

/s/ William C. Lewis, Esq. _____
**William C. Lewis, Esq. 77193**
Signature of Attorney or Litigant
Counsel for    **JSW Financial Inc.** _____
**Law Offices of William C. Lewis**
**510 Waverley St.**
**Palo Alto, CA 94301**
**650-322-3300 Fax:650-327-9720**
**wclewis@williamclewis.com**