

The following constitutes
the order of the court. Signed February 5, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  ) 
JSW FINANCIAL, INC.  )  Case No. 09-57648-SLJ
 )
 )  Chapter No. 7
 )
 )
Debtor  )  **ORDER TO PAY UNCLAIMED FUNDS**
 )

It appearing that the check(s) made payable to Emerson Black in the total amount of $3,804.61 was not cashed within the 90 day limit and an unclaimed money report was filed on 07/01/2015 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Boyd E. Black, Executor is now claiming the above monies referred to in the application.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $3,804.61 to the order of Boyd E. Black

and mail to Boyd E. Black, Ex. for Emerson Black
9403 Lincolnwood Dr.
Evanston. IL 60203

**End of Order**
**No Service List Requested**